CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

STEPHEN E. ABRAHAM (SBN: 172054)
stephen@abraham-lawoffices.com
LAW OFFICES OF STEPHEN ABRAHAM
1592 Pegasus Street
Newport Beach, CA 92660
Telephone: (949) 878-8608
Facsimile: (714) 852-3366
Attorney for Defendant
Harvard Grand LP

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE JAIME,<br><br>Plaintiff,<br><br>v.<br><br>HARVARD GRAND, LP, a California Limited Partnership; and DOES 1-10,<br><br>Defendants, | Case: 8:18-CV-00437-DOC-JDE<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** [13] |

## STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: August 31, 2018    CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
    Phyl Grace
    Attorneys for Plaintiff

Dated: August 31, 2018    LAW OFFICES OF STEPHEN ABRAHAM

By: /s/ Stephen E. Abraham
    Stephen E. Abraham
    Attorney for Defendant
    Harvard Grand LP

SO ORDERED.

_David O. Carter_
DAVID O. CARTER
U.S. District Judge

Dated: September 4, 2018